# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-41010 |
| | ) | |
| Revive Enterprises, Inc. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

To: See attached service list

    **PLEASE TAKE NOTICE** that on **December 16, 2015** at the hour of **10:00** a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached, **MOTION FOR FINAL DECREE AND ENTRY OF DEBTOR'S DISCHARGE**, a copy of which is attached hereto and is hereby served upon you. You may appear and be heard if you choose.

                                         By:_/s/Karen J. Porter
                                         Karen J. Porter (Atty No 6188626)
                                         **PORTER LAW NETWORK**
                                         230 West Monroe, Suite 240
                                         Chicago, IL 60606
                                         Phone: 312-372-4400
                                         Fax: 312-372-4160

## CERTIFICATE OF SERVICE

    I, Karen J. Porter, an attorney, certify that I caused a true and correct copy of this Notice and Motion to be served on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago Illinois, 60606 on December 4, 2015.

                                                  /s/Karen J. Porter

**Revive Enterprises, Inc.**
**Service List**

Via ecm electronic filing

Patrick S. Layng
Office of the United States Trustee
219 South Dearborn
8th Floor
Chicago, IL 60604

Via ecm electronic filing and regular mail

For Global Financial
Thomas W Drexler
Law Office of Thomas W Drexler
221 N. LaSalle Street
Suite 1600
Chicago, IL 60601

For Old National Bank
Joy Pinta
Jacobs & Pinta
77 West Washington, Suite 1005
Chicago, IL 60602

Via regular mail

Mr. David L. McFadden
President
Revive Enterprises, Inc.
1401 Lakewood Drive, Suites C and D
Morris, Il 60450

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 14-41010 |
| | ) | |
| Revive Enterprises, Inc. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge A. Benjamin Goldgar |

**MOTION FOR FINAL DECREE**

Revive Enterprises, Inc. (the "Debtor") debtor and debtor in possession herein, by and through its undersigned attorney, moves this honorable court pursuant to 11 U.S.C. §§ 350(a); 1141(d)(4) to enter a final decree and close the chapter 11 case. In support thereof, Debtor respectfully states as follows:

1. Debtor commenced a voluntary chapter 11 bankruptcy case (the "Case") by filing a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code") on November 12, 2014 in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2. This court has subject matter jurisdiction to grant the relief requested in this Motion and to enter a final order granting that relief as a core proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A). Venue is proper in this Court pursuant to 28 U.S.C. §1409.

3. On October 7, 2015, the Court entered an Order Confirming Chapter 11 Plan. On October 21, 2015, the Order Confirming Chapter 11 Plan became final and the Effective Date occurred.

4. The Debtor has made the following payments to the following creditors in accordance with the terms of the Plan:

    A. Global Financial, LLC received $3580.50 on account of its Class One Claims.

    B. Global Financial, LLC received $2600.00 on account of its Class Three Claim.

    C. Old National received $1400.00 on account of its Class Three Claim.

5. All fees due to the United States Trustee have been paid.

6. The Debtor will continue to make the monthly payments due to Global Financial, LLC in the amount of $3580.00 and to Old National in the amount of $500.00.

7. All property proposed by the Plan to be transferred has been transferred.

8. There are no objections to claims pending.  There are no open adversary proceedings or other contested matters.

9. This chapter 11 estate has been fully administered.

10. Bankruptcy Rule 3022 provides that: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.  Section 350(a) of the Code provides that: "After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

11. Debtor request that the court enter a final decree and close this chapter 11 case.

WHEREFORE, Revive Enterprises, Inc., debtor and debtor in possession herein, prays for an entry of an order entering a final decree; that this chapter 11 case be closed and for such other and different relief as this Court deems proper and just.

>Respectfully submitted,
>REVIVE ENTERPRISES, INC.
>By: /s/ Karen J. Porter
>One of its attorneys

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
Phone: (312) 372-4400
Fax: (312) 372-4160
Atty No.: 6188626