UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-41010 |
| | ) | |
| Revive Enterprises, Inc | ) | Chapter:  11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

This cause coming on to be heard on the Debtor's motion for final decree; due and proper notice of the Motion has been given to the parties entitled thereto; the estate and the court being duly advised in the premises:

The estate of the above captioned debtor has been fully administered.

IT IS THEREFORE ORDERED that the above captioned chapter 11 case ~~can be~~ is closed.

Enter:

Dated: 3 0 DEC 2015

United States Bankruptcy Judge

**Prepared by:**
Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400

Rev: 20120501_bko